**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    FELIX IGNACIO MACIAS-REYES,

    Defendant.

---

**INDICTMENT
Title 8, United States Code, Section 1326(a)
(illegal re-entry)
Title 18, United States Code, Section 111(a)(1) and (b)
(assault of federal officer)**

---

    The Grand Jury charges:

### Count 1

    On or about May 19, 2011, FELIX IGNACIO MACIAS-REYES, an alien (a person who is not a citizen or national of the United States), was found in the State and District of Colorado without having the express consent of the Attorney General and/or any statutorily authorized official for reapplication for admission to the United States, after previously having been excluded, deported, and removed from the United States on or about January 4, 2000.

    In violation of Title 8, United States Code, Section 1326(a).

## Count 2

On or about May 19, 2011, in the State and District of Colorado, FELIX IGNACIO MACIAS-REYES knowingly and by means and use of a dangerous weapon, that is a motor vehicle, forcibly assaulted, resisted, opposed, impeded, intimidated and interfered with an officer of the United States, as designated in Title 18, United States Code, Section 1114, that is, U.S. Department of Homeland Security, Immigration and Customs Enforcement Deportation Officer S.E., while S.E. was engaged in the performance of his official duties.

In violation of Title 18, United States Code, Section 111(a)(1) and (b).

A TRUE BILL

Ink signature on file in the Clerk's Office
FOREPERSON

JOHN F. WALSH
United States Attorney

s/ John M. Canedy
John M. Canedy
Special Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0122
Telecopier: (303) 454-0403
E-mail: john.canedy@usdoj.gov